UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| JEREMY NYUWA, | ) | CASE NO. C09-0916-RSM-MAT |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER DIRECTING RESPONSE TO |
| | ) | MOTION FOR PRELIMINARY |
| ICE FIELD OFFICE DIRECTOR, | ) | INJUNCTIVE RELIEF |
| | ) | |
| Respondent. | ) | |
| | ) | |

On July 2, 2009, petitioner, proceeding pro se, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (Dkt. 6.) In his habeas petition, petitioner requests that the Court (1) order the Board of Immigration Appeals ("BIA") to reissue its March 2, 2006, removal order that he may seek judicial review; (2) enjoin the Department of Homeland Security ("DHS") and the U.S. Immigration and Customs Enforcement ("ICE") from deporting him from the United States until he has obtained review of the reissued BIA decision; and (3) order supervised release or a constitutionally adequate bond hearing. (Dkt. 6 at 3.) Petitioner now moves for a Temporary Restraining Order ("TRO"), asking the Court to enjoin respondent from removing him from the United States pending adjudication of his habeas corpus petition.

ORDER DIRECTING RESPONSE TO MOTION FOR
PRELIMINARY INJUNCTIVE RELIEF
PAGE -1

(Dkt. 29.)

The Court, having reviewed petitioner's motion, and the balance of the record, does hereby ORDER:

(1) Petitioner has not demonstrated, as is required by Rule 65(b) of the Federal Rules of Civil Procedure, that he will suffer immediate and irreperable injury, loss, or damage before respondent can be heard in opposition. The Court therefore construes petitioner's motion as one for preliminary injunction rather than as one for temporary restraining order and directs respondent to file a response to the motion.

(2) In accordance with Local Rule 7(d)(3), the Clerk is directed to RE-NOTE petitioner's motion seeking a preliminary injunction (Dkt. 29) on the Court's calendar for consideration on January 4, 2010. Respondent is directed to file a response to petitioner's motion no later than December 28, 2009. Petitioner may file a reply in support of his motion no later than January 4, 2010.

(3) Petitioner's motion for declaratory judgment (Dkt. 21) and respondent's motion to dismiss (Dkt. 14) are RE-NOTED on the Court's calendar for consideration on January 4, 2010.

(4) The Clerk shall direct a copy of this order to the parties.

DATED this 8th day of December, 2009.

Mary Alice Theiler
United States Magistrate Judge