# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | | |
|---|---|---|
| JEREMY A. NYUWA, | ) | CASE NO. C09-0916-RSM |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER OF DISMISSAL |
| | ) | |
| ICE FIELD OFFICE DIRECTOR, | ) | |
| | ) | |
| Respondent. | ) | |

The Court, having reviewed petitioner's petition for writ of habeas corpus, respondent's motion to dismiss, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

1. The Court adopts the Report and Recommendation;

2. Petitioner's petition for writ of habeas corpus (Dkt. 6) is DENIED, respondent's motion to dismiss (Dkt. 14) is GRANTED, all pending motion are DENIED as moot, and this action is DISMISSED with prejudice; and

/ / /

ORDER OF DISMISSAL
PAGE -1

01      3.      The Clerk shall send a copy of this Order to the parties and to Judge Theiler.

02

03      DATED this 2nd day of July 2010.

04

05

06                                                      RICARDO S. MARTINEZ
                                                        UNITED STATES DISTRICT JUDGE